TILLMAN *et al. v.* GRIFFIN *et al.*

FISH, C. J. This being a proceeding in which a partition of land was prayed, and upon the hearing the evidence submitted in behalf of the plaintiffs failing to show what, if any, interest the plaintiffs owned in common with the defendants in the land in question, the court did not err in granting a nonsuit.

*Judgment affirmed. All the Justices concur.*

Argued April 7,—Decided October 14, 1908.

Equitable petition. Before Judge Mitchell. Brooks superior court. November 5, 1907.

*L. W. Branch,* for plaintiffs.